AO 257 (Rev. 6/78)

4:08-CR-593-CW

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 1029(a)(2), (b)(1)–Access Device Fraud and Attempt to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(4)–Access Device Fraud; 18 U.S.C. § 2–Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  SEE ATTACHMENT

E-filing

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S.**
▶ KIMBERLY ALLEN

DISTRICT COURT NUMBER
CR08-593 CW

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
US Postal Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Christine Y. Wong, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction      } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     } If "Yes"
been filed?  ☐ No      give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

## PENALTY SHEET

Count One:
(1) Imprisonment: Maximum 5 years' imprisonment
(2) Fine: Maximum $250,000
(3) Supervised Release: Maximum 3 -year Term
(4) Special Assessment: $100.00

Count Two:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Three:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Four:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Five
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Six
15 years imprisonment
$250,000 fine
5 years supervised release
$100 SA

Count Seven
Statutory sentence of 24 months imprisonment $100 SA.

Count Eight
Statutory sentence of 24 months imprisonment $100 SA.

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 1029(a)(2), (b)(1) – Access Device Fraud and Attempt to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(4) – Access Device Fraud; 18 U.S.C. § 2 – Aiding and Abetting

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  SEE ATTACHMENT

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── DEFENDANT - U.S ───

▶ SEAN STALLMEYER

DISTRICT COURT NUMBER
CR 08-593 CW

─── DEFENDANT ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction       } ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes" give date filed
been filed?  ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
US Postal Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Christine Y. Wong, AUSA

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

Comments:

## PENALTY SHEET

Count One:
(1) Imprisonment: Maximum 5 years' imprisonment
(2) Fine: Maximum $250,000
(3) Supervised Release: Maximum 3 -year Term
(4) Special Assessment: $100.00

Count Two:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Three:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Four:
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Five
10 years imprisonment
$250,000 fine
3 years supervised release
$100 SA

Count Six
15 years imprisonment
$250,000 fine
5 years supervised release
$100 SA

Count Seven
Statutory sentence of 24 months imprisonment $100 SA.

Count Eight
Statutory sentence of 24 months imprisonment $100 SA.

# United States District Court

## FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

**CR08-593 CW**

UNITED STATES OF AMERICA,

E-filing

v.

KIMBERLY ALLEN, and
SEAN STALLMEYER,

**FILED**
SEP - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 1029(a)(2), (b)(1)–Access Device Fraud and Attempt to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(4)–Access Device Fraud; 18 U.S.C. § 2–Aiding and Abetting

A true bill.

_____ Foreman

Filed in open court this 3rd day of SEPT. 2008

_____ Clerk

Bail, $ No process.

9-3-08

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED

SEP - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR08-593 CW |
| Plaintiff, ) | |
| ) | VIOLATIONS: 18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud; 18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft; 18 U.S.C. §§ 1029(a)(2), (b)(1)–Access Device Fraud and Attempt to Commit Access Device Fraud; 18 U.S.C. § 1028(a)(4)–Access Device Fraud; 18 U.S.C. § 2–Aiding and Abetting |
| v. ) | |
| KIMBERLY ALLEN, and ) SEAN STALLMEYER, ) | |
| ) | |
| Defendants. ) | OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

**COUNT ONE**: [18 U.S.C. § 1029(b)(2) – Conspiracy to Commit Access Device Fraud]

  1. In or about July 2008, in the Northern District of California, defendants,

KIMBERLY ALLEN and
SEAN STALLMEYER,

INDICTMENT
U.S. v. ALLEN, et al.

and others unknown, did knowingly and intentionally conspire to knowingly and with intent to defraud traffic in and use unauthorized access devices during any one year period, and by such conduct did affect interstate commerce and obtain something of value aggregating at least $1,000 during such one-year period, namely, a 2008 Honda CBR 1000 motorcycle, in violation of Title 18, United States Code, Section 1029(a)(2) and (b)(1).

## MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

2. The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

   a. Defendants obtained, without authorization, victim Amanda D.'s true driver's license number and other personal information.

   b. Defendants obtained, without authorization, victim Michael C.'s driver's license and other personal information.

   c. Defendants purchased a motorcycle using fraudulently obtained drivers' licenses and a counterfeit check.

## OVERT ACTS

3. In furtherance of the conspiracy, and to effect the objects of the conspiracy, the following overt acts were committed in the Northern District of California and elsewhere:

   a. On or about July 12, 2008, defendant STALLMEYER, using the name of victim Michael C., negotiated the purchase of a 2008 Honda CBR 1000 motorcycle for $13,500.

   b. On or about July 12, 2008, defendant ALLEN presented a check in the name of victim Amanda D. to purchase the 2008 Honda CBR 1000 motorcycle.

All in violation of Title 18, United States Code, Section 1029(b)(2).

**COUNT TWO**: [18 U.S.C. §§ 1029(a)(2) and 2–Access Device Fraud, Aiding and Abetting]

4. The Grand Jury realleges and incorporates herein by reference paragraphs 2 to 3 of Count One.

5. In or about July 2008, in the Northern District of California and elsewhere, defendants,

INDICTMENT
U.S. v. ALLEN, et al.

KIMBERLY ALLEN and
SEAN STALLMEYER

did knowingly and with intent to defraud traffic in and use unauthorized access devices during a one-year period, and by such conduct did affect interstate and foreign commerce, and did obtain something of value aggregating at least $1,000 during such one year period, namely, a 2008 Honda CBR 1000 motorcycle, in violation of Title 18, United States Code, Section 1029(a)(2).

**COUNT THREE**: [18 U.S.C. § 1029(a)(2)–Access Device Fraud]

6. On or about August 23, 2008, in the Northern District of California and elsewhere, defendant

SEAN STALLMEYER

did knowingly and with intent to defraud traffic in and use unauthorized access devices during a one-year period, and by such conduct did affect interstate and foreign commerce, and did obtain something of value aggregating at least $1,000 during such one year period, namely, a 2007 Suzuki GSXR1000 motorcycle, in violation of Title 18, United States Code, Section 1029(a)(2).

**COUNT FOUR**: [18 U.S.C. § 1029(a)(2)–Access Device Fraud]

7. On or about February 5, 2008, in the Northern District of California and elsewhere, defendant

KIMBERLY ALLEN

did knowingly and with intent to defraud traffic in and use unauthorized access devices during a one-year period, and by such conduct did affect interstate and foreign commerce, and did obtain something of value aggregating at least $1,000 during such one year period, namely, a MacBook Pro laptop computer, in violation of Title 18, United States Code, Section 1029(a)(2).

**COUNT FIVE**: [18 U.S.C. § 1029(a)(2)–Access Device Fraud]

8. On or about July 21, 2008, in the Northern District of California and elsewhere, defendant
KIMBERLY ALLEN

INDICTMENT
U.S. v. ALLEN, et al.

1  did knowingly and with intent to defraud traffic in and use unauthorized access devices during a
2  one-year period, and by such conduct did affect interstate and foreign commerce, and did obtain
3  something of value aggregating at least $1,000 during such one year period, namely, a 1998
4  Honda CR-V vehicle, in violation of Title 18, United States Code, Section1029(a)(2).

6  **COUNT SIX**: [18 U.S.C. § 1028(a)(4) – Access Device Fraud]
7      9. On or about July 25, 2008, in the Northern District of California and elsewhere, defendant
8                                    KIMBERLY ALLEN
9  did knowingly possess an identification document (other than one issued lawfully for her use),
10 authentication feature, and false identification document, with the intent such document and
11 feature be used to defraud the United States, namely, ALLEN presented a stolen California
12 driver's license of victim Amanda D. when interviewed by agents of the Federal Bureau of
13 Investigation, in violation of Title 18, United States Code, Section 1028(a)(4).

15 **COUNT SEVEN**: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]
16     10. On or about July 25, 2008, in the Northern District of California and elsewhere, defendant
17                                   KIMBERLY ALLEN
18 did knowingly possess and use, without lawful authority, a means of identification of another
19 person, specifically a stolen California driver's license in the name of victim Amanda D., during
20 and in relation to a felony violation of 18 U.S.C. § 1028(a)(4) as alleged in Count Six,
21 incorporated by reference, in violation of Title 18, United States Code, Section 1028A(a)(1).

23 **COUNT EIGHT**: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]
24     11. On or about July 12, 2008, in the Northern District of California, defendant
25                                   SEAN STALLMEYER
26 did knowingly possess and use, without lawful authority, a means of identification of another
27 person, specifically a photocopy of a California driver's license in the name of victim Michael

INDICTMENT
U.S. v. ALLEN, et al.

1  C., during and in relation to a felony violation of 18 U.S.C. § 1029(b)(2) as alleged in Count
2  ~~Three~~ One, incorporated by reference, in violation of Title 18, United States Code, Section
3  1028A(a)(1).

5  DATED:                                          A TRUE BILL.

6  9-3-08
                                                   _____
7                                                  FOREPERSON

9  JOSEPH P. RUSSONIELLO
   United States Attorney

12  W. DOUGLAS SPRAGUE
    Chief, Oakland Division

13  (Approved as to form: _____
14                        AUSA Christine Wong

INDICTMENT
U.S. v. ALLEN, et al.