```
JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California  94611
Telephone:    510-583-9622
Fax:          510-886-7218
Email:        vaughnslaw@aol.com
```

Counsel for Defendant
Sean STALLMEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEAN STALLMEYER ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-00593 CW <br><br> STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE |

**STIPULATION**

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter.

3. Mr. Stallmeyer requests that he be allowed to leave the New Bridge Drug Treatment facility on Thursday, August 27, 2009 at 3:00 p.m. and return Friday evening, August 28, 2009, by 11:00 p.m.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose

CR 08-00593 CW

1 | Mr. Stallmeyer's request.

3 | IT IS SO STIPULATED

6 | DATED: August 25, 2009                              /s/
                                                   _____
7 |                                                 CHRISTINE WONG
                                                   Assistant United States Attorney

10 | DATED: August 25, 2009                             /s/
                                                   _____
11 |                                                JAMES PHILLIP VAUGHNS.
                                                   Attorney for Defendant STALLMEYER

CR 08-00593 CW                                2

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>    Plaintiff,<br>vs.<br><br><br>SEAN STALLMEYER,<br>    Defendant. | NO.: CR 08-00593 CW<br><br><br><br>**ORDER** |

    The Court hereby ORDERS that the conditions of release set for defendant SEAN STALLMEYER be modified to allow him to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter from 3:00 p.m. Thursday, August 27, 2009 until 11:00 p.m., Friday, August 28, 2009.

    In all other respects, said conditions of release shall continue as previously ordered.

Dated: August 27, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

*GRANTED — Judge Wayne D. Brazil*