JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Sean STALLMEYER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.: CR 08-00593 CW |
| | ) | |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER MODIFYING CONDITIONS** |
| vs. | ) | **OF RELEASE** |
| | ) | |
| | ) | |
| SEAN STALLMEYER, | ) | |
| | ) | |
| Defendant. | ) | |

# STIPULATION

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter.

3. Mr. Stallmeyer requests that he be allowed to leave the New Bridge Drug Treatment

facility on Thursday, October 1, 2009 at 3:00 p.m. and return Saturday evening, October 3, 2009, by 9:00 p.m.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose Mr. Stallmeyer's request.

IT IS SO STIPULATED

DATED: September 25, 2009                                      /s/
                                                    _____
                                                    CHRISTINE WONG
                                                    Assistant United States Attorney

DATED: September 25, 2009

                                                             /s/
                                                    _____
                                                    JAMES PHILLIP VAUGHNS.
                                                    Attorney for Defendant STALLMEYER

- 2 -

1
2
3
4
5                  **UNITED STATES DISTRICT COURT**

6                **NORTHERN DISTRICT OF CALIFORNIA**

7                    **SAN FRANCISCO DIVISION**

8
9
10   UNITED STATES OF AMERICA,   ) NO.: CR 08-00593 CW
                                 )
11          Plaintiff,           )
                                 )
12          vs.                  )        **ORDER**
                                 )
13                               )
                                 )
14   SEAN STALLMEYER,            )
                                 )
15          Defendant.           )
     _____ )
16
17
        The Court hereby ORDERS that the conditions of release set for defendant SEAN
18
     STALLMEYER be modified to allow him to travel to 540 Sunnyview Drive, Apt. 301, Pinole,
19
     CA 94564 for the purpose of visiting his daughter from 3:00 p.m. Thursday, October 1, 2009
20
     until 9:00 p.m., Saturday, October 3, 2009.
21
        In all other respects, said conditions of release shall continue as previously ordered.
22
23
24
25
     DATED: _September 29, 2009_
26                                           _____
                                             W. A.
27                                           United States Magistrate Judge
28
                                        - 3 -