JAMES PHILLIP VAUGHNS, CSBN 124040
Law Offices of James P. Vaughns
6114 LaSalle Avenue, Suite 289
Oakland, California 94611
Telephone:   510-583-9622
Fax:         510-886-7218
Email:       vaughnslaw@aol.com

Counsel for Defendant
Sean STALLMEYER

FILED
OCT 30 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>SEAN STALLMEYER<br><br>       Defendant. | No. CR 08-00593 CW<br><br>STIPULATION AND ~~PROPOSED~~<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE |

**STIPULATION**

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter.

3. Mr. Stallmeyer requests that he be allowed to leave the New Bridge Drug Treatment facility on Friday, October 30, 2009 at 5:00 p.m. and return Sunday evening, November 1, 2009, by 9:00 p.m.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose

CR 08-00593 CW

1  Mr. Stallmeyer's request.
2
3  IT IS SO STIPULATED
4
5
6  DATED: October 30, 2009                    /s/
7                                             _____
                                               CHRISTINE WONG
8                                              Assistant United States Attorney
9
10 DATED: October 30, 2009                    /s/
11                                             _____
                                               JAMES PHILLIP VAUGHNS.
12                                             Attorney for Defendant STALLMEYER
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CR 08-00593 CW                          2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND ~~SAN FRANCISCO~~ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA,<br><br>    Plaintiff,<br>vs.<br><br>SEAN STALLMEYER,<br>        Defendant. | NO.: CR 08-00593 CW<br><br>**ORDER** |

The Court hereby ORDERS that the conditions of release set for defendant SEAN STALLMEYER be modified to allow him to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter from 5:00 p.m. Friday, October 30, 2009 until 9:00 p.m., Sunday, November 1, 2009.

In all other respects, said conditions of release shall continue as previously ordered.

Dated: <u>October 30, 2009</u>

TIMOTHY J. BOMMER
United States Magistrate Judge