FILED
NOV 24 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Sean STALLMEYER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN STALLMEYER,<br><br>Defendant. | NO.: CR 08-00593 CW<br><br>**STIPULATION AND ~~PROPOSED~~<br>ORDER MODIFYING CONDITIONS<br>OF RELEASE** |

## STIPULATION

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter.

3. Mr. Stallmeyer requests that he be allowed to leave the New Bridge Drug Treatment

cc: Stats, Copy to parties via ECF, Sheilah, Pretrial Svcs, & Financial

facility on Wednesday, November 25, 2009 at 5:00 p.m. and return Friday evening, November 27, 2009, by 9:00 p.m.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose Mr. Stallmeyer's request.

IT IS SO STIPULATED

DATED: November 20, 2009                             /s/
                                                     _____
                                                     CHRISTINE WONG
                                                     Assistant United States Attorney

DATED: November 20, 2009                             /s/
                                                     _____
                                                     JAMES PHILLIP VAUGHNS.
                                                     Attorney for Defendant STALLMEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-00593 CW |
| Plaintiff, ) | |
| vs. ) | ORDER |
| SEAN STALLMEYER, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the conditions of release set for defendant SEAN STALLMEYER be modified to allow him to travel to 540 Sunnyview Drive, Apt. 301, Pinole, CA 94564 for the purpose of visiting his daughter from /not earlier than 5:00 p.m. Wednesday, November 25, 2009 until /not later than 9:00 p.m., Friday, November 27, 2009.

In all other respects, said conditions of release shall continue as previously ordered.

DATED: 11/24/09

Hon. TIMOTHY BOMMER
United States Magistrate Judge

- 3 -