JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California 94611
Telephone: 510-583-9622
Facsimile: 510-886-7218

Attorney for Sean STALLMEYER

FILED
NOV 25 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 08-00593 CW |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| SEAN STALLMEYER, | |
| Defendant. | |

## STIPULATION

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release undergoing drug rehabilitation treatment at the New Bridge Foundation since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to participate in the Aftercare Program at New Bridge which involves his residing with his parents for the final period of his treatment.

3. Mr. Stallmeyer thus requests that he be allowed to leave the New Bridge Foundation facility and reside with his parents at 1024 West Place Albany, Ca, 94706.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose

cc: Copy to parties via ECF, Shelah, Pretrial Svcs., Financial Stats

Mr. Stallmeyer's request.

IT IS SO STIPULATED

DATED: November 24, 2009            /s/
                                    _____
                                    CHRISTINE WONG
                                    Assistant United States Attorney

DATED: November 24, 2009            /s/
                                    _____
                                    JAMES PHILLIP VAUGHNS.
                                    Attorney for Defendant STALLMEYER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: CR 08-00593 CW |
| Plaintiff, | |
| vs. | **ORDER** |
| SEAN STALLMEYER, | |
| Defendant. | |

The Court hereby ORDERS that the conditions of release set for defendant SEAN STALLMEYER be modified to allow him to reside at 1024 West Place Albany, Ca, 94706 as part of the Aftercare Porogram as admninistered by the New Bridge Foundation.

In all other respects, said conditions of release shall continue as previously ordered.

DATED: 11/25/09

Hon. TIMOTHY BOMMER
United States Magistrate Judge

- 3 -