JAMES PHILLIP VAUGHNS, State Bar #124040
Law Offices of James Phillip Vaughns
6114 LaSalle Avenue, Ste 289
Oakland, California  94611
Telephone:  510-583-9622
Facsimile: 510-886-7218

Attorney for Sean STALLMEYER

**FILED**

DEC 15 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-00593 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER MODIFYING CONDITIONS** |
| vs. ) | **OF RELEASE** |
| ) | |
| SEAN STALLMEYER, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION

The parties stipulate as follows:

1. Sean Stallmeyer is a defendant in this action and has been on pretrial release undergoing drug rehabilitation treatment since October 6, 2008.

2. Mr. Stallmeyer wishes to be allowed to travel from his residence at his parent's home at 1024 West Place Albany, California to 14134 Copenhagen Drive, Truckee, California from December 16, 2009, at 3:00 p.m. to December 18, 2009, at 9:00 p.m.

3. Mr. Stallmeyer requests this permission in order to spend some time with his siblings before he surrenders to serve his prison sentence in January, 2010.

4. Neither Pretrial Services Officer Victoria Gibson, nor AUSA Christine Wong oppose Mr. Stallmeyer's request.

IT IS SO STIPULATED

DATED: December 15, 2009                         /s/
                                        _____
                                        CHRISTINE WONG
                                        Assistant United States Attorney

DATED: December 15, 2009

                                                 /s/
                                        _____
                                        JAMES PHILLIP VAUGHNS.
                                        Attorney for Defendant STALLMEYER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.: CR 08-00593 CW |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | |
| SEAN STALLMEYER, ) | |
| Defendant. ) | |

The Court hereby ORDERS that the conditions of release set for defendant SEAN STALLMEYER be modified to allow him to leave his residence at 1024 West Place, Albany, California and travel to 14134 Copenhagen Drive, Truckee, California from 3:00 p.m. December 16, 2009 and returning on December 18, 2009, at 9:00 p.m. for the purpose of spending time with his siblings.

In all other respects, said conditions of release shall continue as previously ordered.

DATED: 12/15/09

Hon. ~~TIMOTHY BOMMER~~
United States Magistrate Judge

- 3 -